ACCEPTED
05-15-00687-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/1/2015 8:58:57 AM
LISA MATZ
CLERK

NO. 5-15-00687

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/1/2015 8:58:57 AM
LISA MATZ
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT
# DALLAS, TEXAS

**CHRISTY ALLANE RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

*From the* 397th Judicial District Court,
Grayson County, Texas,
Trial Court Cause No.: 064768

\* \* \* \* \*

**APPELLATE COUNSEL'S MOTION TO WITHDRAW**

\* \* \* \* \*

**September 1, 2015**

**MATTHEW D. HAMILTON**
**Bar I.D. No. 24073146**
**Counsel for Appellant**
**123 W. HOUSTON Street**
**Sherman, Texas 75090**
**903/892-8500 (Telephone)**
**903/892-8550 (Facsimile)**

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT
# DALLAS, TEXAS

| | | |
|---|---|---|
| **CHRISTY ALLANE RODRIGUEZ,** | § | |
| **Appellant.** | § | |
| | § | |
| **V.** | § | **CASE NO. 5-15-00687** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee.** | § | |

### ON APPEAL FROM THE
### 397th Judicial District Court,
### Grayson County, Texas,
### Trial Court Cause No.: 064768

\* \* \* \* \*

## APPELLANT COUNSEL'S MOTION TO WITHDRAW

\* \* \* \* \*

TO THE HONORABLE COURT OF APPEALS, FIFTH DISTRICT OF TEXAS AT DALLAS:

Comes now, MATTHEW D. HAMILTON, counsel for the Appellant, move this Court for an Order allowing counsel to withdraw as appellate counsel of record for CHRISTY ALLANE RODRIGUEZ. In support of this motion, Counsel would show the Court that based on his professional evaluation of the record, and concluded that no reversible error or jurisdictional defects were present and that there were no arguable issues for appeal. Because counsel is unable to raise any

arguable issues for appeal, they are required to move for leave to withdraw. *See*

*Stafford v. State*, 813 S.W.2d 503 (Tex.Crim.App. 1991).

WHEREFORE, the above premises considered, it is requested that appellate

counsel be granted leave to withdraw on these grounds.

Respectfully submitted,

ROBERT T. JARVIS LAW FIRM
123 W. HOUSTON
Sherman, Texas 75090
Tel: (903) 892-8500
Fax: (903) 892-8550

By:___/S/*Matthew D. Hamilton*
MATTHEW D. HAMILTON
Texas State Bar No. 24073146
Counsel for the Appellant,
CHRISTY ALLANE RODRIGUEZ

## Certificate of Service

I hereby certify that on the 1ST day of September, 2015, a true and correct copy of the Appellate Counsel's Motion to Withdraw was delivered to the following:

Via Facsimile
Mrs. Karla Baugh Hackett
Grayson County District Attorney's Office
200 S. Crockett
Sherman, Texas 75090

/S/Matthew D. Hamilton
MATTHEW D. HAMILTON